FILED
2019 Mar-14 PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

In the United States District Court
For the Northern District of Alabama

James M. Broadhead <sup>AIS</sup> #224801
(Enter above the full name(s) of the
plaintiff(s) in this action)

V.

Correctional, warden, II, Angela Minee
Correctional, warden, III, Gordy.
Correctional, Captain, Shannon Caldwin.
Officer, LT, mohammad Jenkins.
Officer, SGT, Robinson.
Officer, C/o, L, Terrell.
Officer, C/o, A, Jones.
Officer, C/o, M, EVANS.
Officer, C/o, Stanton STANLEY,
Officer, C/o, T, MaTHEWS.
Officer, C/o, T, Robinson,
Officer, C/o, J, Grace,
Correctional, LPN, Jordan.
Correctional, LPN, Calhoun.
(Enter above full name(s) of the
defendant(s) in this action)

FILED
2019 MAR 13 P 2:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

2:19-CV-432-LCB-JHE

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES( ) No( )

B. If your answer to A. is "yes", describe each lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____
   Defendant(s) _____

2. Court (If Federal Court, name the district; If State Court, name the county)
   _____

3. Docket Number _____

4. Name of Judge to whom case was assigned _____

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____   *N/A*

II.   Place of present confinement  Williams  E. Donaldson Correctional Facility

A.   Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C.   If your answer is YES:

1.   What steps did you take? Correctional, ~~Mixee~~ and Correctional, Goxdy,

Correctional Officers

2.   What was the result? Officers, captain Shannon Caldwin, and Officer Lt, M, JenKins

and Officer, SGT, Robinson and Officer c/o. L, Terrell, and Officer c/o, A, Jones,

and Officer, c/o, M, EVANS, and Officer, c/o, Stanton STANLEY and Officer T, Mather

D.   If your answer is NO, explain why not? and Officer c/o, T, Robinson, and Correctional,

officer, c/o, J, Grace, and Correctional, LPN, Jordan and Correctional, LPN,

Calhoun,

_____

_____

III.   Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s)  James M, Broadhead #224802,

william E, Donaldson, Correctional Facility

_____

Address _____ Bessemer  35023
                                              AL,

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant _____

is employed as _____

at _____

C.   Additional Defendants _____

_____

_____

_____

_____

## IV.   Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. ~~Do not give any legal arguments or cite any cases or statutes.~~ If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

I was beabin hand Cuff's with Knight stick in the head and Face I was spraged with mase can's of mase was Cleared on me and I was took out side in The hot sun it was like 95, degree's and I had on handcuff's my whole body was burning in the hot sun I was beat with A Knight stick whya I was in hand Cuff's and laging Face down They fraction my Rib's swale my head from front to back now I can't see out my left eye They made me try to Flush my own eye's out with hot water and they know that it take cold water todo so and I was put in the hot sun with mase all over me in my eye's and all I felt like I was bout to die and seg ligon said It's how they do it down here Nurse did not give me any treatments ne did not Flush my eye's did not look at my rib's did not give ne any pain meds I fell out because I took to many pill's why I was laging on the Floor Officer  Kicked me I Jumped up and ask why he do it he Say he did'nt so I told him I need to see the nurse He said I could'nt So I set down when I set down        -3- Officer,  and start drageing me.

"Statement,"

Then I told them ok I can walk Officer.         said now!
bitch we will do it so I snatch my leg's away and tride get
up Officer LT,         kicked me in the head and From there
they mased me beat me with Knight stick Fraction my rib
by Kicking me in the Side stumping me in the head The whole
time I was handcuffed I was mased with can's of mase
and they took me outside in the hot sun it was like 95, deg ree's
but felt like 1000% degrees Then I was putin Side the Shower
and no cold water in the Shower at all • It felt like I was
boling The wag they treated me was crual. The nurse she
was with the Officer. I was stuck back in my cell with
fraction Ribs no pain pills or no help from The nurse
I was told by wArden. Angela Miree  She will be with her
Officer 100%.

x Date. 3-10-2019,         X JAMES BroadHEAD #rs 224802,

                            x Jems Bualteal

                            william E, Donaldson Corr Facility

                            100, Warrcior Lane.

                            Bessemer  AL, 35023.

THANK you......